LOUISE H. HAMILTON, a widow, v. H. L. SUDDUTH.

183 So. 497.
Opinion Filed September 29, 1938.

*James N. Elliott,* for Appellant;

*J. M. & H. P. Sapp,* for Appellee.

PER CURIAM.—The second amended bill of complaint herein does not wholly fail to state a cause of action for an equitable accounting; therefore, the order dismissing the bill of complaint on motion is reversed and the cause is remanded for further appropriate proceedings.

It is so ordered.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.